# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

129810

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DANNY CARL DOERSCHER,
        Plaintiff-Appellant,

v

SC: 129810
COA: 255808
Roscommon CC: 04-724433-NO

JAMES C. GARRETT, d/b/a BULLDOG
SECURITY,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

Clerk

t0427